

FILED

2019 Jun-11  PM 04:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRCT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

|  |  |  |
|---|---|---|
| **SHEKIRA ARMSTEAD,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case no.: 3:19-cv-00658-CLS** |
| **JAY SHREE UMIYA, INC. d/b/a** | ) | |
| **JACKSON MARKET, FUEL** | ) | |
| **CITY, and JACKSON EXPRESS** | ) | |
| **and NITINKUMAR PATEL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

Please take notice that M. Chad Smith of the Law Office of M. Chad Smith

P.C. hereby appears as counsel of record for Defendants Jay Shree Umiya, Inc. d/b/a

Jackson Market, Fuel City, and Jackson Express and Nitinkumar Patel (collectively,

"Defendants").

Respectfully submitted this the 11th day of June, 2019.


*/s/ Cason M. Kirby* _____
Cason M. Kirby
Counsel for Defendants

**OF COUNSEL:**
CAMPBELL PARTNERS, LLC
Cason M. Kirby
505 20th Street North
Suite 1600

1

Birmingham, AL 35203
Tel.:  (205) 224-0752
Fax:  (205) 383-2672
cason@campbellpartnerslaw.com

*/s/ M. Chad Smith (with permission)*
M. Chad Smith
Counsel for Defendants

**OF COUNSEL:**
Law Office of M. Chad Smith P.C.
M. Chad Smith
109 West Second Street
Tuscumbia, AL 35674
Tel.:  (256) 383-7421
Fax:  (888) 246-3387
smith067@yahoo.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of May, 2019, I filed the foregoing with the clerk of the court through the CM/ECF system, which will serve all counsel of record:

THE EVANS LAW FIRM, P.C.
Daniel Patrick Evans
Maurine Cambria Evans
1736 Oxmoor Road
Suite 101
Birmingham, AL 35209
dpevans@evanslawpc.com
mevans@evanslawpc.com

*/s/ Cason M. Kirby*
Of Counsel
